THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CITY OF ROCHESTER, Appellant, *v.* LEWIS E. COE and LEWIS H. BEECHER, as Surviving Assessors of the Town of Livonia, Respondents.

(Argued October 4, 1898; decided October 25, 1898.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 23, 1898, affirming an order of Special Term dismissing a writ of certiorari brought to review an assessment of the property of the appellant in the town of Livonia.

*John F. Kinney* for appellant.

*William F. Cogswell* for respondents.

Judgment and order affirmed, with costs, on opinion in *People ex rel. City of Amsterdam* v. *Hess,* decided October 18, 1898 (157 N. Y. 42).

All concur.

---

In the Matter of the Opening of LEXINGTON AVENUE, between Ninety-seventh and One Hundred and Second Streets in the City of New York.

In re Petition of JAMES A. DEERING, Appellant; JOHN SCHREYER, Respondent.

*Matter of Lexington Ave.,* 30 App. Div. 602, affirmed.
(Argued October 5, 1898; decided October 25, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 5, 1898, reversing an order of Special Term confirming the report of a referee and directing the payment to the appellant of a certain portion of an award made in proceedings to open Lexington avenue in the city of New York.

*Clarence L. Barber* for appellant.

*Alex. Thain* for respondent.

Order affirmed, with costs, on opinion below.
All concur, except HAIGHT and MARTIN, JJ., not voting.